UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: PUCKETT, RAY DEAN | § Case No. 10-74637 |
| PUCKETT, ANNETTE DENISE | § |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 17, 2010. The undersigned trustee was appointed on March 02, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         13,071.01

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 13,071.01 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 05/13/2011 and the deadline for filing governmental claims was 05/13/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,057.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,057.10, for a total compensation of $2,057.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $43.96, for total expenses of $43.96.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2011　　　　By:/s/JOSEPH D. OLSEN
　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 10-74637 | Trustee: | (330400) | JOSEPH D. OLSEN |
| --- | --- | --- | --- | --- |
| Case Name: | PUCKETT, RAY DEAN | Filed (f) or Converted (c): | 09/17/10 (f) | |
| | PUCKETT, ANNETTE DENISE | §341(a) Meeting Date: | 10/25/10 | |
| Period Ending: | 05/26/11 | Claims Bar Date: | 05/13/11 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | (Debtors primary residence) | 202,400.00 | 0.00 | DA | 0.00 | FA |
| 2 | checking account with Alliant Credit Union | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | savings account with Alliant Credit Union | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods; TV, DVD player, TV stand, stere | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pict | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry, wedding rings. | 350.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sporting goods and hobby equipment | 85.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Pension w/ Employer/Former Employer - 100% Exemp | 134,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 Dodge Ram with over 166,800 miles | 2,213.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1996 Dodge Caravan with over 158,000 miles | 325.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1978 Dodge Pickup (does not run) | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | BANK OF THE WEST - 2003 Cougar 5th wheel | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Zecco Stock | 1,300.00 | 1,300.00 | | 1,300.00 | FA |
| 16 | US Savings bonds | 5,600.00 | 5,600.00 | | 5,600.00 | FA |
| 17 | 2010 income tax refund | Unknown | 1,020.75 | | 1,020.75 | FA |
| 18 | AVoidable Transfer | Unknown | 5,150.00 | | 5,150.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.26 | Unknown |
| 19 | Assets    Totals (Excluding unknown values) | $360,273.00 | $13,070.75 | | $13,071.01 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-74637 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PUCKETT, RAY DEAN | | Bank Name: | The Bank of New York Mellon |
| | PUCKETT, ANNETTE DENISE | | Account: | 9200-******40-65 - Money Market Account |
| Taxpayer ID #: | **-***9186 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 05/26/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/28/11 | | Ray and Annette Puckett | Stock, bonds and avoidable transfer | | 12,050.00 | | 12,050.00 |
| | {15} | | 1,300.00 | 1129-000 | | | 12,050.00 |
| | {16} | | 5,600.00 | 1129-000 | | | 12,050.00 |
| | {18} | | 5,150.00 | 1129-000 | | | 12,050.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,050.10 |
| 04/18/11 | {17} | Ray & Annette Puckett | tax refund | 1124-000 | 1,020.75 | | 13,070.85 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,070.94 |
| 05/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 13,071.01 |
| 05/25/11 | | To Account #9200******4066 | Prep. of F. Rpt. | 9999-000 | | 13,071.01 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,071.01 | 13,071.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,071.01 | |
| | | | Subtotal | | 13,071.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,071.01 | $0.00 | |

{} Asset reference(s)                                                                                  Printed: 05/26/2011 01:36 PM    V.12.56

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-74637 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** PUCKETT, RAY DEAN<br>PUCKETT, ANNETTE DENISE | **Bank Name:** The Bank of New York Mellon<br>**Account:** 9200-******40-66 - Checking Account |
| **Taxpayer ID #:** **-***9186 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 05/26/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/11 | | From Account #9200******4065 | Prep. of F. Rpt. | 9999-000 | 13,071.01 | | 13,071.01 |
| | | | ACCOUNT TOTALS | | 13,071.01 | 0.00 | $13,071.01 |
| | | | Less: Bank Transfers | | 13,071.01 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts : 13,071.01

Net Estate : $13,071.01

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******40-65 | 13,071.01 | 0.00 | 0.00 |
| Checking # 9200-******40-66 | 0.00 | 0.00 | 13,071.01 |
| | $13,071.01 | $0.00 | $13,071.01 |

{} Asset reference(s)

Printed: 05/26/2011 01:36 PM    V.12.56

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: May 13, 2011

**Case Number:** 10-74637
**Debtor Name:** PUCKETT, RAY DEAN

Page: 1

**Date:** May 26, 2011
**Time:** 01:36:53 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $2,057.10 | $0.00 | 2,057.10 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $43.96 | $0.00 | 43.96 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,587.50 | $0.00 | 1,587.50 |
| 1<br>610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $3,766.89 | $0.00 | 3,766.89 |
| 2<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $21,063.42 | $0.00 | 21,063.42 |
| 3<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $8,384.04 | $0.00 | 8,384.04 |
| 4<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA, c/o Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $8,967.18 | $0.00 | 8,967.18 |
| 5<br>610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $2,738.88 | $0.00 | 2,738.88 |
| 6<br>610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $40,331.76 | $0.00 | 40,331.76 |
| << Totals >> | | | | 88,940.73 | 0.00 | 88,940.73 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-74637
Case Name: PUCKETT, RAY DEAN
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 13,071.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,071.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,057.10 | 0.00 | 2,057.10 |
| Trustee, Expenses - JOSEPH D. OLSEN | 43.96 | 0.00 | 43.96 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,587.50 | 0.00 | 1,587.50 |

Total to be paid for chapter 7 administration expenses: $ 3,688.56
Remaining balance: $ 9,382.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,382.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (10/1/2010)**

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,382.45 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,252.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 3,766.89 | 0.00 | 414.57 |
| 2 | Chase Bank USA, N.A. | 21,063.42 | 0.00 | 2,318.14 |
| 3 | Chase Bank USA, N.A. | 8,384.04 | 0.00 | 922.71 |
| 4 | PYOD LLC its successors and assigns as assignee of | 8,967.18 | 0.00 | 986.88 |
| 5 | Capital Recovery IV LLC | 2,738.88 | 0.00 | 301.43 |
| 6 | FIA Card Services, NA/Bank of America | 40,331.76 | 0.00 | 4,438.72 |

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,382.45 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|   |   |   |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)