## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: PUCKETT, RAY DEAN § Case No. 10-74637
PUCKETT, ANNETTE DENISE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/13/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 05/26/2011      By: /s/JOSEPH D. OLSEN
                           Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: PUCKETT, RAY DEAN § Case No. 10-74637
   PUCKETT, ANNETTE DENISE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 13,071.01

*and approved disbursements of*   $ 0.00

*leaving a balance on hand of* [1]   $ 13,071.01

**Balance on hand:**   $ 13,071.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 13,071.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,057.10 | 0.00 | 2,057.10 |
| Trustee, Expenses - JOSEPH D. OLSEN | 43.96 | 0.00 | 43.96 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,587.50 | 0.00 | 1,587.50 |

Total to be paid for chapter 7 administration expenses:   $ 3,688.56
Remaining balance:   $ 9,382.45

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,382.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,382.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,252.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 3,766.89 | 0.00 | 414.57 |
| 2 | Chase Bank USA, N.A. | 21,063.42 | 0.00 | 2,318.14 |
| 3 | Chase Bank USA, N.A. | 8,384.04 | 0.00 | 922.71 |
| 4 | PYOD LLC its successors and assigns as assignee of | 8,967.18 | 0.00 | 986.88 |
| 5 | Capital Recovery IV LLC | 2,738.88 | 0.00 | 301.43 |
| 6 | FIA Card Services, NA/Bank of America | 40,331.76 | 0.00 | 4,438.72 |

Total to be paid for timely general unsecured claims: $ 9,382.45
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 10-74637-MB
Ray Dean Puckett                                               Chapter 7
Annette Denise Puckett
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez                Page 1 of 1              Date Rcvd: Jun 03, 2011
                              Form ID: pdf006              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2011.
db/jdb       +Ray Dean Puckett,    Annette Denise Puckett,    910 S Sandra Street,    Kingston, IL 60145-8472
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Jason K Nielson,    Geraci Law L.L.C.,    55 E. Monroe St. Suite #3400,    Chicago, IL 60603-5920
aty          +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16147486     +BAC HOME Loans Servici,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
16147497     +BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 17054,    Wilmington, DE 19850-7054
16147488     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16147496     +CITI,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
16147494     +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
16871974      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK 73124-8839
16898376      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16147489     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16147490     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
16147498     +Financial Asset Mgmt Systems,    Bankruptcy Department,    PO Box 926050,    Norcross, GA 30010-6050
16147493     +HSBC/Mnrds,    Attn: Bankruptcy Dept.,    90 Christiana Rd,    New Castle, DE 19720-3118
16147485     +Kristie Hansen,    9337 N Hampshire Drive,    Tucson, AZ 85742-9360
16905297     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16147491     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
16147484     +Wells Fargo,    Attn: Bankruptcy Dept.,    Po Box 5156,    Sioux Falls, SD 57117-5156
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16147487     +E-mail/Text: bknotices@bankofthewest.com Jun 03 2011 22:20:28     BANK OF THE WEST,
               Attn: Bankruptcy Dept.,    1450 Treat Blvd,    Walnut Creek, CA 94597-7579
17247396      E-mail/PDF: rmscedi@recoverycorp.com Jun 03 2011 23:59:47      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17265485      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2011 23:55:03
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
16147492     +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 23:59:46     GEMB/SAMS CLUB,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16147495*    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 05, 2011**                    **Signature:** *Joseph Speetjens*