**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: PUCKETT, RAY DEAN § Case No. 10-74637
PUCKETT, ANNETTE DENISE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $353,373.00  *(without deducting any secured claims)* | Assets Exempt: $145,743.00 |
| Total Distribution to Claimants: $9,382.45 | Claims Discharged Without Payment: $166,309.72 |
| Total Expenses of Administration: $3,688.56 | |

3) Total gross receipts of $ 13,071.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,071.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $227,492.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,688.56 | 3,688.56 | 3,688.56 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,440.00 | 85,252.17 | 85,252.17 | 9,382.45 |
| **TOTAL DISBURSEMENTS** | $317,932.00 | $88,940.73 | $88,940.73 | $13,071.01 |

    4) This case was originally filed under Chapter 7 on September 17, 2010. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2011     By: /s/JOSEPH D. OLSEN
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Zecco Stock | 1129-000 | 1,300.00 |
| US Savings bonds | 1129-000 | 5,600.00 |
| 2010 income tax refund | 1124-000 | 1,020.75 |
| AVoidable Transfer | 1129-000 | 5,150.00 |
| Interest Income | 1270-000 | 0.26 |
| **TOTAL GROSS RECEIPTS** | | **$13,071.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAC HOME Loans Servici | 4110-000 | 220,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF THE WEST | 4110-000 | 7,492.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$227,492.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,057.10 | 2,057.10 | 2,057.10 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 43.96 | 43.96 | 43.96 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,587.50 | 1,587.50 | 1,587.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,688.56 | 3,688.56 | 3,688.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,766.89 | 3,766.89 | 414.57 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 21,063.42 | 21,063.42 | 2,318.14 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,384.04 | 8,384.04 | 922.71 |
| 4 | PYOD LLC its successors and assigns as assignee of Capital Recovery IV LLC | 7100-000 | N/A | 8,967.18 | 8,967.18 | 986.88 |
| 5 | | 7100-000 | N/A | 2,738.88 | 2,738.88 | 301.43 |
| 6 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 40,331.76 | 40,331.76 | 4,438.72 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CITI | 7100-000 | 8,302.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Mnrds | 7100-000 | 2,728.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/SAMS CLUB | 7100-000 | 2,574.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 3,713.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 8,138.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 21,063.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,591.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF America | 7100-000 | 40,331.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 90,440.00 | 85,252.17 | 85,252.17 | 9,382.45 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74637  
**Case Name:** PUCKETT, RAY DEAN  
PUCKETT, ANNETTE DENISE  
**Period Ending:** 08/12/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/17/10 (f)  
**§341(a) Meeting Date:** 10/25/10  
**Claims Bar Date:** 05/13/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | (Debtors primary residence) | 202,400.00 | 0.00 | DA | 0.00 | FA |
| 2 | checking account with Alliant Credit Union | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | savings account with Alliant Credit Union | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods; TV, DVD player, TV stand, stere | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pict | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry, wedding rings. | 350.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sporting goods and hobby equipment | 85.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Pension w/ Employer/Former Employer - 100% Exemp | 134,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 Dodge Ram with over 166,800 miles | 2,213.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1996 Dodge Caravan with over 158,000 miles | 325.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1978 Dodge Pickup (does not run) | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | BANK OF THE WEST - 2003 Cougar 5th wheel | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Zecco Stock | 1,300.00 | 1,300.00 | | 1,300.00 | FA |
| 16 | US Savings bonds | 5,600.00 | 5,600.00 | | 5,600.00 | FA |
| 17 | 2010 income tax refund | Unknown | 1,020.75 | | 1,020.75 | FA |
| 18 | AVoidable Transfer | Unknown | 5,150.00 | | 5,150.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.26 | FA |
| 19 | Assets   Totals (Excluding unknown values) | $360,273.00 | $13,070.75 | | $13,071.01 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):** May 26, 2011 (Actual)

Printed: 08/12/2011 09:26 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-74637 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PUCKETT, RAY DEAN | | Bank Name: | The Bank of New York Mellon |
| | PUCKETT, ANNETTE DENISE | | Account: | 9200-******40-65 - Money Market Account |
| Taxpayer ID #: | **-***9186 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/12/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/28/11 | | Ray and Annette Puckett | Stock, bonds and avoidable transfer | | 12,050.00 | | 12,050.00 |
| | {15} | | 1,300.00 | 1129-000 | | | 12,050.00 |
| | {16} | | 5,600.00 | 1129-000 | | | 12,050.00 |
| | {18} | | 5,150.00 | 1129-000 | | | 12,050.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,050.10 |
| 04/18/11 | {17} | Ray & Annette Puckett | tax refund | 1124-000 | 1,020.75 | | 13,070.85 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,070.94 |
| 05/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 13,071.01 |
| 05/25/11 | | To Account #9200******4066 | Prep. of F. Rpt. | 9999-000 | | 13,071.01 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,071.01 | 13,071.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,071.01 | |
| | | | Subtotal | | 13,071.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,071.01 | $0.00 | |

{} Asset reference(s)

Printed: 08/12/2011 09:26 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-74637  
**Case Name:** PUCKETT, RAY DEAN  
PUCKETT, ANNETTE DENISE  
**Taxpayer ID #:** \*\*-\*\*\*9186  
**Period Ending:** 08/12/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*40-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/11 | | From Account #9200\*\*\*\*\*\*4065 | Prep. of F. Rpt. | 9999-000 | 13,071.01 | | 13,071.01 |
| 07/13/11 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,587.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,587.50 | 11,483.51 |
| 07/13/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,057.10, Trustee Compensation; Reference: | 2100-000 | | 2,057.10 | 9,426.41 |
| 07/13/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $43.96, Trustee Expenses; Reference: | 2200-000 | | 43.96 | 9,382.45 |
| 07/13/11 | 104 | Capital One Bank (USA), N.A. | Dividend paid 11.00% on $3,766.89; Claim# 1; Filed: $3,766.89; Reference: | 7100-000 | | 414.57 | 8,967.88 |
| 07/13/11 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 11.00% on $8,967.18; Claim# 4; Filed: $8,967.18; Reference: | 7100-000 | | 986.88 | 7,981.00 |
| 07/13/11 | 106 | Capital Recovery IV LLC | Dividend paid 11.00% on $2,738.88; Claim# 5; Filed: $2,738.88; Reference: | 7100-000 | | 301.43 | 7,679.57 |
| 07/13/11 | 107 | FIA Card Services, NA/Bank of America | Dividend paid 11.00% on $40,331.76; Claim# 6; Filed: $40,331.76; Reference: | 7100-000 | | 4,438.72 | 3,240.85 |
| 07/13/11 | 108 | Chase Bank USA, N.A. | Combined Check for Claims#2,3 | | | 3,240.85 | 0.00 |
| | | | Dividend paid 11.00% on $21,063.42; Claim# 2; Filed: $21,063.42   2,318.14 | 7100-000 | | | 0.00 |
| | | | Dividend paid 11.00% on $8,384.04; Claim# 3; Filed: $8,384.04   922.71 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 13,071.01 | 13,071.01 | $0.00 |
| Less: Bank Transfers | 13,071.01 | 0.00 | |
| Subtotal | 0.00 | 13,071.01 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $13,071.01 | |

Net Receipts: 13,071.01  
Net Estate: $13,071.01

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-\*\*\*\*\*\*40-65 | 13,071.01 | 0.00 | 0.00 |
| Checking # 9200-\*\*\*\*\*\*40-66 | 0.00 | 13,071.01 | 0.00 |
| | $13,071.01 | $13,071.01 | $0.00 |

{} Asset reference(s)

Printed: 08/12/2011 09:26 AM    V.12.57